| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Audra Switzer<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–7231<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: United States Bankruptcy Court for the District of Columbia | | Date case filed for chapter: 13   1/6/26 | |
| Case number: 26–00008–ELG | | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**10/22**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Audra Switzer | |
| 2. | **All other names used in the last 8 years** | aka Audra Spratley, aka Audra Burgess | |
| 3. | **Address** | 3 Tingey Square SE<br>327<br>Washington, DC 20003 | |
| 4. | **Debtor's attorney**<br>Name and address | None | Contact phone _____<br><br>Email: |
| 5. | **Bankruptcy trustee**<br>Name and address | Rebecca A. Herr<br>185 Admiral Cochrane Dr<br>Ste 240<br>Annapolis, MD 21401 | Contact phone 301–805–4700<br><br>Email: ecf@ch13md.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open:<br>9:00 am – 4:00 pm Monday to Friday<br><br>Contact phone (202) 354–3280<br><br>Date: 1/7/26 |

**For more information, see page 2**

| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 28, 2026 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location: Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 879 999 1048, and Passcode 1203282023, OR call 1 667–406–0794** For additional meeting information go to www.justice.gov/ust/moc. |
|---|---|---|
| | At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007–1. | |

| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: 3/30/26** |
|---|---|---|
| | **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/18/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/6/26** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| **9. Hearing on Confirmation of the Plan** | | |
|---|---|---|
| Date: **February 26, 2026** Time: **01:00 PM** | | |
| Location: Courtroom 1 and Zoom., For meeting code contact:, Gunn_Hearings@dcb.uscourts.gov | | |

| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

In re:

Audra Switzer

    Debtor

Case No. 26-00008-ELG

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: 309I | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Audra Switzer, 3 Tingey Square SE, 327, Washington, DC 20003-4944 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 804695 | + | Ascension St. Vincent, 1 Shircliff Way, Jacksonville, FL 32204-4748 |
| 804700 | | Controller of Maryland, Revenue Administration Building, Annapolis, MD 21411-0001 |
| 804705 | | Forsight Mental Health Group PLLC Payer Attn: 3113, PO Box 14000, Belfast, ME 04915-4033 |
| 804706 | | Georgia Department of Revenue, 1800 Century Blvd., Lawrenceville, GA 30045 |
| 804707 | + | Government of the District of Columbia Office of T, 1101 4th Street SW, Washington , DC 20024-4457 |
| 804709 | + | Indebted, 1551 Emancipation Highway, unit 1511, Fredricksburg, VA 22401-4683 |
| 804716 | | Orkin, 9700 Martin Luther King Jr. Highway, suite D, Lanham, MD 20706-1818 |
| 804717 | + | Patient First, 8206 Georgia Ave, Silver Spring, MD 20910-4519 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnc@ch13md.com | Jan 07 2026 22:12:00 | Rebecca A. Herr, 185 Admiral Cochrane Dr, Ste 240, Annapolis, MD 21401-7623 |
| smg | + | EDI: DCGOVT | Jan 08 2026 03:11:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Jan 07 2026 22:07:47 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Jan 07 2026 22:07:49 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jan 07 2026 22:12:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jan 07 2026 22:12:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 804692 | | Email/Text: amscbankruptcy@adt.com | Jan 07 2026 22:12:00 | ADT Security Services, 1501 Yamato Road, Boca Raton, FL 33431 |
| 804696 | ^ | MEBN | Jan 07 2026 22:07:52 | ATT, PO Box 4500, Allen , TX 75013-1311 |
| 804693 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 07 2026 22:17:31 | Affirm, 650 California Street, San Francisco, CA 94108-2716 |
| 804697 | + | Email/Text: bo@capella.edu | Jan 07 2026 22:12:00 | Capella University, 225 South 6th Street, 9th floor, Minneapolis, MN 55402-4643 |

| 804698 | + Email/Text: omx-bnc-bk-notices@chime.com | Jan 07 2026 22:12:00 | Chime, PO Box 417, San Francisco, CA 94104-0417 |
| 804699 | + EDI: COMCASTCBLCENT | Jan 08 2026 03:11:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 804701 | + Email/Text: GenLit@doc.gov | Jan 07 2026 22:12:00 | Department of Commerce, 1401 Constitution Ave NW, Washington , DC 20230-0002 |
| 804702 | EDI: MAXMSAIDV | Jan 08 2026 03:11:00 | Dept of Ed Aidvantage, 1600 Tyson Boulevard Street, Mclean, VA 75403 |
| 804704 | Email/Text: accountmanagement@fedchex.com | Jan 07 2026 22:12:00 | FCR Services, PO Box 1663, Southgate, MI 48195 |
| 804703 | + Email/Text: bankruptcy@fco.com | Jan 07 2026 22:12:00 | Fair Collections and Outsourcing, 14400 Sweitzer Lane, 235, Laurel, MD 20707-3006 |
| 804710 | EDI: IRS.COM | Jan 08 2026 03:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 804711 | ^ MEBN | Jan 07 2026 22:07:52 | January Technologies, 176 Grand Street, 4th floor, New York, NY 10013-3786 |
| 804712 | + Email/Text: bankruptcy@kikoff.com | Jan 07 2026 22:12:00 | Kikoff, 633 Folsom Street, suite 300, San Francisco, CA 94107-3600 |
| 804713 | Email/Text: govtaudits@labcorp.com | Jan 07 2026 22:12:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 804714 | Email/Text: Bankruptcy@medstar.net | Jan 07 2026 22:12:00 | Medstar Health, PO Box 411019, Boston, MA 02241-1019 |
| 804719 | Email/Text: bankruptcy@possiblefinance.com | Jan 07 2026 22:12:00 | Possible Finance, PO Box 98686, Las Vegas, NV 89193 |
| 804718 | + Email/Text: Bankruptcy_General@pepco.com | Jan 07 2026 22:12:00 | Pepco, PO Box 13608, Philadelphia, PA 19101-3608 |
| 804720 | Email/Text: bankruptcy@rarogersinc.com | Jan 07 2026 22:12:00 | RA Rogers Inc, PO Box 3302, Crofton, MD 21114-0302 |
| 804721 | Email/Text: bkynotices@reliant-cap.com | Jan 07 2026 22:12:00 | Reliant Capital Solutions LLC, PO Box 307380, Columbus, OH 43230-7380 |
| 804722 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 22:17:31 | Resurgent, PO Box 10497, Greenville, SC 29603-0497 |
| 804724 | Email/Text: bkelectronicnotices@usaa.com | Jan 07 2026 22:12:00 | USAA, 9800 Fredericksburg Road, San Antonio, TX 78288-0001 |
| 804725 | + EDI: VERIZONCOMB.COM | Jan 08 2026 03:11:00 | Verizon, 500 Technology Dr., suite 300, Weldon Spring, MO 63304-2225 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 804694 | | Ally |
| 804708 | | Greystar Properties |
| 804715 | | One Medical |
| 804723 | | Terminex |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 2