UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 26-00008-ELG |
| Audra Switzer<br>Debtor | Chapter 13 |

## ORDER TO SHOW CAUSE

The Debtor had until 1/22/2026 to cure the deficiencies set forth in the **Notice to Party Filing Deficient Pleading(s) Document(s) (Docket No. 8).** The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **2/26/2026 at 9:00AM in Courtroom 1 and via video conference (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor's bankruptcy case should not be dismissed **and/or** why the pleading should not be stricken from the record for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: CA
Dated: 2/4/2026

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.