2/16/26

Re: Case 26-00008

FILED
FEB 19 2026
Clerk, U.S. District and
Bankruptcy Courts

Hello,
  I wanted to request an extension to pay filing fee of 338.00 from 3/1/26 to 3/16/26.

Thank you
Audra
2) 910-9488