
In re:

Audra Switzer,
Debtor.

Case No. 26-00008

Chapter 13

_____,
Plaintiff,

v.

_____,
Defendant.

A.P. No. _____

## MOTION

Audra Switzer (name) hereby moves the Court for the following relief:

Please allow me to pay plan payment due Feb 5th on March 14, 2026. I now have an attorney and aware of process.

Thank you.

Date: 2/19/2026

Signature: Audra S___

Name (Printed): Audra Switzer

Address: 3 Tingey Square SE
Apt 327
Washington, DC 20003

Phone Number: 202-910-9488

Email: AudraSwitzer@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify, that on February 19, 2026 a copy of the _____ was served by first class mail, postage prepaid to:

Rebecca A. Herr
185 Admiral Cochrane Dr
Ste 240
Annapolis, MD 21401

Date: 2/19/2026

Signature: Audra [signature]
Name (Printed): Audra Switzer
Address: 3 Tingey Square SE Apt 327 Washington DC 20003
Phone Number: 202-910-9488
Email: audraswitzer@yahoo.com