**Local Official Form 101**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | Case No. 26-8 |
| **Audra Switzer**, | Chapter 13 |
| Debtor(s). | |

## COVERSHEET FOR AMENDING CREDITORS OR CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1009-1(b) and/or 1019-1(a) upon the filing of an amendment to the debtor's lists, schedules, or statements, pursuant to Bankruptcy Rules 1009 and/or 1019, which adds, deletes, or modifies a creditor.

I hereby certify that:

☒ The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
1. remitted the required fee;
2. provided the Court with a supplemental List of Creditors **of only the added creditors** in the format specified by the Clerk, or electronically uploaded the added creditors in NextGen CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the documents required by Local Rule 1009-1(b)(1)-(6) and filed a certificate of service with the Court; and/or
4. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☒ The paper filed **removes** a creditor(s) as reflected on the attached list (include name and address of each creditor being removed). I have:
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service with the Court; and
3. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☒ The paper filed **changes** the address of a creditor(s) or an attorney for a creditor listed on the schedules, and/or adds the name and address of an attorney for a creditor listed on the schedules as reflected on the attached list. I have:
1. provided notice to affected parties, including service of a copy of this notice and a copy of the documents required by Local Rule 1009-1(b)(1)-(6) and filed a certificate of service with the Court; and
2. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a) or other paper.

1

**Local Official Form 101**

☒  The paper filed **amends** schedule D or E/F amount(s) or classification(s). I have:
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service with the Court; and
3. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐  None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ **does** or ☐ **does not** require the filing of an amended schedule and summary of schedules as required by Local Rule 1009-1(a).

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors, if applicable) or Bankruptcy Form 202, "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1009-1(a).

Dated 2/19/2026

Respectfully submitted,

  /s/ Daniel M. Press_____
Daniel M. Press Bar #419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
(703) 734-0590 [facsimile]
dpress@chung-press.com

2

**Local Official Form 101**

Ally Bank
P.O. Box 9222
Old Bethpage, NY 11804


Bozzuto
6406 Ivy Ln
Ste 100
Greenbelt, MD 20770


Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202


Dept of Education/Aidvantage
1891 Metro Center Drive
Reston, VA 20190


Georgia Dept of Revenue
PO Box 105665
Atlanta, GA 30348


Georgia Student Finance Auth
2082 East Exchange Pl
Tucker, GA 30084


Greystar Properties
465 Meeting St, Fifth Floor, Suite 500
Charleston, SC 29403


National Credit Systems
PO  Box 672288
Marietta, GA 30006


One Medical
One Embarcadero Ctr Ste 1000
San Francisco, CA 94111

3

Case 26-00008-ELG    Doc 20-1    Filed 02/19/26    Entered 02/19/26 18:27:37    Desc
Amendment Cover Sheet with List of Creditors    Page 4 of 4

**Local Official Form 101**

Patient First
PO Box 718941
Philadelphia, PA 19171


Reynard
1100  Dahlia St NW
Washington, DC 20012


Terminix
860 Ridge Lake Boulevard
Memphis, TN 38120


The Guarantors
1 World Trade Center
New York, NY 10007


Toussaint Crawford DDS
8630 Fenton St Suite #708
Silver Spring, MD 20910


Turo
111 Sutter Street
San Francisco, CA 94104


US Attorney
601 D St NW
Washington, DC 20579