UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re )
)
    Audra Switzer )
) Case No.     26-8
    Debtor. ) Chapter 13
_____)

**CERTIFICATE OF SERVICE**

    This is to certify that on this 19th day of February, 2026, I caused the Coversheet for Amending Creditors or Creditor Information, and a copy of the documents required by Local Rule 1009-1(b)(1)-(6):

(1) the Amendment and Official Local Form 101;
(2) the original notice of the meeting of creditors;
(3) n/a
(4) n/a
(5) n/a
(6) Chapter 13 Plan

to be served on the removed, added and amended creditors (and all creditors) per the attached matrix.

REMOVED:

Orkin
USAA

Added/changed:

See attached matrix.  All creditors except DC Office of Tax and Revenue and IRS changed from priority to general unsecured.  Notice sent to entire matrix, as attached.

    /s/Daniel M. Press
    Daniel M. Press

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 26-00008-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Thu Feb 19 18:36:17 EST 2026 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | (p)ADT LLC<br>PAYROLL OPERATIONS<br>1501 YAMATO RD<br>BOCA RATON FL 33431-4438 |
| ATT<br>PO Box 4500<br>Allen , TX 75013-1311 | Affirm<br>650 California Street<br>San Francisco, CA 94108-2716 | Ally Bank<br>P.O. Box 9222<br>Old Bethpage, NY 11804-9222 |
| Ascension St. Vincent<br>1 Shircliff Way<br>Jacksonville, FL 32204-4748 | Bozzuto<br>6406 Ivy Ln<br>Ste 100<br>Greenbelt, MD 20770-1435 | Capella University<br>225 South 6th Street<br>9th floor<br>Minneapolis, MN 55402-4643 |
| Chime<br>PO Box 417<br>San Francisco, CA 94104-0417 | Comcast<br>1701 JFK Boulevard<br>Philadelphia, PA 19103-2899 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 |
| Department of Commerce<br>1401 Constitution Ave NW<br>Washington , DC 20230-0002 | Dept of Education/Aidvantage<br>1891 Metro Center Drive<br>Reston, VA 20190-5287 | (p)FCR SERVICES<br>PO BOX 17209<br>IRVINE CA 92623-7209 |
| Fair Collections and Outsourcing<br>14400 Sweitzer Lane<br>235<br>Laurel, MD 20707-3006 | Forsight Mental Health Group PLLC Payer Attn<br>PO Box 14000<br>Belfast, ME 04915-4033 | (p)GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY<br>2595 CENTURY PKWY NE SUITE 339<br>ATLANTA GA 30345-3173 |
| Georgia Student Finance Auth<br>2082 East Exchange Pl<br>Tucker, GA 30084-5334 | Government of the District of Columbia Offic<br>1101 4th Street SW<br>Washington , DC 20024-4457 | Greystar Properties<br>465 Meeting St, Fifth Floor, Suite 500<br>Charleston, SC 29403-7123 |
| Indebted<br>1551 Emancipation Highway<br>unit 1511<br>Fredricksburg, VA 22401-4683 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | January Technologies<br>176 Grand Street<br>4th floor<br>New York, NY 10013-3786 |
| Kikoff<br>633 Folsom Street<br>suite 300<br>San Francisco, CA 94107-3600 | (p)LABORATORY CORPORATION OF AMERICA<br>ATTN GOVERNMENT AUDITS<br>PO BOX 2270<br>BURLINGTON NC 27216-2270 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| (p)MEDSTAR HEALTH<br>8013 CORPORATE DRIVE<br>SUITE A<br>WHITE MARSH MD 21236-4975 | (p)NATIONAL CREDIT SYSTEMS<br>ATTN BANKRUPTCY<br>PO BOX 672288<br>MARIETTA GA 30006-0039 | One Medical<br>One Embarcadero Ctr Ste 1000<br>San Francisco, CA 94111-3628 |

| | | |
|---|---|---|
| Orkin<br>9700 Martin Luther King Jr. Highway<br>suite D<br>Lanham, MD 20706-1818 | Patient First<br>8206 Georgia Ave<br>Silver Spring, MD 20910-4519 | Patient First<br>PO Box 718941<br>Philadelphia, PA 19171-8941 |
| Pepco<br>Attn: Credit Dept.<br>701 9th St., NW<br>Washington, DC 20001-4572 | Pepco<br>PO Box 13608<br>Philadelphia, PA 19101-3608 | (p)POSSIBLE FINANCIAL INC<br>LEEZA PARADES<br>PO BOX 98686<br>LAS VEGAS NV 89193-8686 |
| RA Rogers Inc<br>PO Box 3302<br>Crofton, MD 21114-0302 | Reliant Capital Solutions LLC<br>PO Box 307380<br>Columbus, OH 43230-7380 | Resurgent<br>PO Box 10497<br>Greenville, SC 29603-0497 |
| Reynard<br>1100 Dahlia St NW<br>Washington, DC 20012-2370 | Terminix<br>860 Ridge Lake Boulevard<br>Memphis, TN 38120 | The Guarantors<br>1 World Trade Center<br>New York, NY 10007-0042 |
| Toussaint Crawford DDS<br>8630 Fenton St Suite #708<br>Silver Spring, MD 20910-3812 | Turo<br>111 Sutter Street<br>San Francisco, CA 94104-4545 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| US Attorney<br>601 D St NW<br>Washington, DC 20579-0001 | USAA<br>9800 Fredericksburg Road<br>San Antonio, TX 78288-0001 | Verizon<br>500 Technology Dr.<br>suite 300<br>Weldon Spring, MO 63304-2225 |
| Audra Switzer<br>3 Tingey Square SE<br>327<br>Washington, DC 20003-4944 | Daniel M. Press<br>Chung & Press, P. C.<br>6718 Whittier Ave.<br>Suite 200<br>McLean, VA 22101-4531 | Rebecca A. Herr<br>185 Admiral Cochrane Dr<br>Ste 240<br>Annapolis, MD 21401-7623 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ADT Security Services<br>1501 Yamato Road<br>Boca Raton, FL 33431 | Comptroller of Maryland<br>7 St Paul St<br>Baltimore, MD 21202 | FCR Services<br>PO Box 1663<br>Southgate, MI 48195 |
| Georgia Dept of Revenue<br>PO Box 105665<br>Atlanta, GA 30348 | Laboratory Corporation of America<br>PO Box 2240<br>Burlington, NC 27216-2240 | Medstar Health<br>PO Box 411019<br>Boston, MA 02241-1019 |

```
National Credit Systems              Possible Finance
PO Box 672288                        PO Box 98686
Marietta, GA 30006                   Las Vegas, NV 89193
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Greystar Properties        (u)One Medical              (u)Terminex
```

End of Label Matrix
Mailable recipients    50
Bypassed recipients     3
Total                  53