**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 26-00008-ELG |
| **Audra Switzer** **Debtor** | Chapter 13 |

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On 2/04/2026, the Court issued an Order to Show Cause (ECF No. 14). The Filer having complied with the Order to Show Cause, it is

ORDERED that the Court's Order to Show Cause is DISCHARGED.

For the Court:
Angela D. Caesar
BY: CA
Dated: 2/20/2026

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.