The order below is hereby signed.

Signed: February 20 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br>    **Audra Switzer,**<br>        **Debtor.** | Case No. 26-00008-ELG<br><br>Chapter 13 |

### ORDER GRANTING MOTION TO EXTEND TIME TO PAY FILING FEE

On February 19, 2026, Audra Switzer (the "Debtor") filed a *Motion* (the "Motion") (ECF No. 16) seeking an extension to March 16, 2026, to pay the filing fee of $313.00.

Upon consideration of the Motion, it is **ORDERED** that:

1. The Motion (ECF No. 16) is **GRANTED** as specifically set forth herein.

2. The deadline for the Debtor to pay the filing fee of $313.00 in this case is extended to March 16, 2026. No further extension will be provided without a showing of good cause therefor.

3. Failure to comply with the terms of this Order may result in dismissal of this case without further notice or hearing.

[Signed and dated above.]

Copies to: Recipients of electronic notice