UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re                                          )
                                               )
     Audra Switzer                             )
                                               )     Case No.        26-8
                    Debtor.                     )     Chapter 13
                                               )
_____              )

## NOTICE THAT FILING FEE HAS BEEN TIMELY PAID

Please take notice that pursuant to the below receipt as emailed to Debtor, the filing fee has been timely paid on March 15, 2026.

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact DC Bankruptcy Intake Team at DCBml_Case_Admnistrators@DCB.USCOURTS.GOV.

Application Name: DC Bankruptcy Court
Pay.gov Tracking ID: 280H7R44
Agency Tracking ID: 77327513359
Transaction Type: Sale
Transaction Date: 03/15/2026 06:48:11 PM EDT
Account Holder Name: Audra Switzer
Transaction Amount: $313.00
Card Type: Visa
Card Number: ************6264

Case Number: 26-00008
Debtor Name: Audra Switzer
Requestor Name: Audra Switzer
Requestor Address: 3 Tingey Square SE, Apt 327, Washington, DC, 20003
Requestor Email: [REDACTED]
Requestor Phone: [REDACTED]
Selected Option: Chapter 13 Installment - $313.00
Selected Fee:
Additional Selected Fee:

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

Respectfully submitted,


 /s/ Daniel M. Press
Daniel M. Press, Esq. #419739
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

### CERTIFICATE OF SERVICE

I hereby certify that on this 17TH day of March, 2026, I caused a copy of the foregoing document to be served by CM/ECF upon all parties requesting such notice.


 /s/ Daniel M. Press
Daniel M. Press