UNITED STATES BANKRUPTCY COURT
**DISTRICT OF COLUMBIA**

------------------------------------------------------------X

**In re**                                   :

                                       :

**Audra Switzer,**                         :         **Case No. 26-00008**
                                        :         **Chapter 13**

        **Debtor.**                            :

------------------------------------------------------------X

**WITHDRAWAL OF MOTION TO EXTEND PLAN PAYMENTS**

COMES NOW Audra Switzer, Debtor, by counsel, and hereby withdraws her

Motion to Extend Plan Payments (Doc. #17), without prejudice.

Dated: March 24. 2026.

                                         Respectfully submitted,

                                         _/s/ Daniel M. Press_____
                                         Daniel M. Press, #419739
                                         Chung & Press, P.C.
                                         6718 Whittier Ave., Suite 200
                                         McLean, VA 22101
                                         (703) 734-3800
                                         (703) 734-0590 fax
                                         dpress@chung-press.com
                                         Counsel for Debtor

Daniel M. Press, Bar #419739
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
dpress@chung-press.com
703-734-3800
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of March, 2026, I caused to be served the foregoing document on the Chapter 13 Trustee and all parties requesting such notice by CM/ECF.

_/s/ Daniel M. Press_____
Daniel M. Press

2