Rebecca A. Herr, Chapter 13 Trustee BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

IN RE:

**AUDRA SWITZER**

Case No.  **26-00008-ELG**
Chapter 13
Section 341 Meeting:01/28/2026
Confirmation Hearing:07/23/2026

Debtor

## TRUSTEE'S RECOMMENDATION REGARDING CONFIRMATION OF CHAPTER 13 PLAN

Comes now Rebecca A. Herr, Chapter 13 Trustee appointed in the above-captioned case, and having reviewed the proposed plan, the Debtor's Certification Requesting Confirmation of Plan, along with the Proofs of Claims filed to date, and having conducted an examination of the Debtor, under oath, at the Meeting of Creditors pursuant to 11 U.S.C. § 341(a), states as follows:

1. On May 06, 2026, the Debtor filed their Chapter 13 Plan (the "**Plan**").
2. The Trustee has reviewed the Plan and it appears, based on this review, as follows:
   a. Proper notice of the Plan has been provided to all creditors and parties in interest;
   b. The Plan complies with the provisions of chapter 13 of the Bankruptcy Code and with all other applicable provisions of the Bankruptcy Code;
   c. Any fees that were required to be paid before confirmation have been paid;
   d. The Plan is proposed in good faith and not by any means forbidden by law;
   e. The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the Debtor's estate were liquidated under chapter 7 of the Bankruptcy Code;
   f. With respect to the treatment of secured creditors, the Plan complies with 11 U.S.C. § 1325 (a)(5);
   g. The Debtor appears to be able to make all payments proposed under the Plan and to comply with the terms of the Plan;
   h. The filing of the petition in this case was in good faith;
   i. The Debtor has paid all amounts that are required to be paid under a domestic support obligation that have first become due after the Filing Date, if the Debtor is required by a judicial or administrative order, or by statute, to pay such domestic support obligation;
   j. The Debtor has filed all applicable federal, state, and local tax returns as required by 11 U.S.C. § 1308; and
   k. Any creditors holding claims entitled to priority pursuant to 11 U.S.C. §§ 507(a)(1) through (9) are being paid as required by law or have agreed to treatment otherwise.
3. The Trustee recommends confirmation of the Plan.
4. The Trustee recommends that any confirmation order entered in this case shall include the following special provisions:

a. Debtor has requested, in section 5.4 of the plan, an avoidance of the secured lien held by DC Office of Tax & Revenue of their Proof of Claim No. 16 pursuant to 11 U.S.C. §§ 506 and 522(f) of the Bankruptcy Code.  The trustee has reviewed the plan, schedules and superseding secured Proof of Claim No. 4 of the Internal Revenue Service, and it appears that all requirements have been met, all required supporting documentation has been filed (primarily Schedule AB at ECF 20), and that the lienholder has been served pursuant to all applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules.  The time for the lienholder to respond has expired and no opposition to the request to avoid lien in section 5.4 of the plan has been filed by the lienholder.  There does not, from the trustee's view, appear to be any need for the Court to hold a hearing or enter a separate order on the request, and the relief request may be granted by confirmation of the Debtor's proposed Chapter 13 Plan at ECF 35.

b. While Debtor appears to have properly avoided the secured portion of Proof of Claim No. 16 held by DC Office of Tax & Revenue through the plan, a portion of that secured claim appears to also be a priority claim within the meaning of 11 U.S.C. § 507(a)(8).  This amount is $2,596.15; the claim already lists a priority claim of $2,040.42, which will now be a total allowed priority claim to be paid by the trustee in the amount of $4,636.57.

Date: July 21, 2026

/s/ Rebecca A. Herr
Rebecca A. Herr
BAR#MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
rherr@ch13md.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 21, 2026**, a copy of the foregoing Trustee's Recommendation, was served on the debtor's attorney electronically via the CM/ECF system, and on the Debtor:

Audra Switzer
3 Tingey Square Se
327
Washington, DC 20003
*(Debtor)*

Daniel M Press Esquire via email
dpress@chung-press.com,
pressdm@gmail.com;danpress@recap.email
(Attorney for *Debtor*)

/s/ Rebecca A. Herr
Rebecca A. Herr