The order below is hereby signed.

Signed: July 22 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

In Re:

AUDRA SWITZER

Case No. 26-00008-ELG
Chapter 13

                    Debtor

## ORDER CONFIRMING PLAN

The Chapter 13 Plan (the "Plan") filed by the Debtor on May 06, 2026, having been transmitted to all creditors; and upon the recommendation of the Chapter 13 Trustee; and finding that the Plan meets each of the requirements of 11 U.S.C. § 1325(a).

It is ORDERED that:

The Debtor's plan is hereby CONFIRMED.

On February 05, 2026, and each month thereafter until further order of this Court, the Debtor shall pay to the Chapter 13 Trustee, Rebecca A. Herr via DIRECT PAYMENT at P.O. Box 853, Memphis, TN 38101- 0853 the sum of $250.00 per month for four (4) months; then $576.00 per month for fifty-six (56) months, for a total Plan funding of $33,256.00.

The Debtor shall file all federal and state income tax returns on or before the due date, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor' s disposable income. Failure to timely comply with this provision shall be grounds for dismissal.

The Debtor shall notify the Trustee and this Court in writing of any change in address and/or employment/income source within ten (10) days of the change.

The Debtor shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, whether unsecured or secured, except upon written notice and approval from the Trustee. Nothing herein shall prohibit the Debtor from filing a motion for Court approval indebtedness in any amount.

Special Provisions:

a. The Motion to Avoid Secured Claims contained in section 5.4 of the plan, specifically an avoidance of the secured lien held by DC Office of Tax & Revenue of their Proof of Claim No. 16 pursuant to 11 U.S.C. §§ 506 and 522(f) of the Bankruptcy Code, had been reviewed. It appears that all requirements have been met, all required supporting documentation has been filed (primarily Schedule AB at ECF 20), and that the lienholder has been served pursuant to all applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules. The time for the lienholder to respond has expired and no opposition to the request to avoid lien in section 5.4 of the plan has been filed by the lienholder. There is no need for the Court to hold a hearing or enter a separate order on the request, and the relief request may be granted by confirmation of the Debtor's proposed Chapter 13 Plan at ECF 35.

b. While Debtor appears to have properly avoided the secured portion of Proof of Claim No. 16 held by DC Office of Tax & Revenue through the plan, a portion of that secured claim appears to also be a priority claim within the meaning of 11 U.S.C. § 507(a)(8). This amount is $2,596.15; the claim already lists a priority claim of $2,040.42, which will now be a total allowed priority claim to be paid by the trustee in the amount of $4,636.57 through the plan, with the remainder of the claim to be an allowed general unsecured claim.

I ASK FOR THIS:
/s/REBECCA A. HERR
REBECCA A. HERR
Fed. Bar No. MD00032
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD 21401

cc:   *Debtor*
      *Debtor's Attorney*
      *Chapter 13 Trustee*
      *Recipients of electronic notice*

United States Bankruptcy Court
District of Columbia

In re:                                                                                                  Case No. 26-00008-ELG
Audra Switzer                                                                                           Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                          User: admin                                    Page 1 of 4
Date Rcvd: Jul 22, 2026                       Form ID: pdf001                                Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 804695 | + | Ascension St. Vincent, 1 Shircliff Way, Jacksonville, FL 32204-4748 |
| 806770 | + | Bozzuto, 6406 Ivy Ln, Ste 100, Greenbelt, MD 20770-1435 |
| 808628 | + | DC Office of Tax & Revenue, PO Box 75520, Washington, DC 20013-0520 |
| 806786 | + | Foresight Mental Health Group PLLC, PO Box 14000, Belfast, ME 04915-4033 |
| 804705 | | Forsight Mental Health Group PLLC Payer Attn: 3113, PO Box 14000, Belfast, ME 04915-4033 |
| 804708 | + | Greystar Properties, 465 Meeting St, Fifth Floor, Suite 500, Charleston, SC 29403-7123 |
| 804715 | + | One Medical, One Embarcadero Ctr Ste 1000, San Francisco, CA 94111-3628 |
| 804716 | | Orkin, 9700 Martin Luther King Jr. Highway, suite D, Lanham, MD 20706-1818 |
| 804717 | + | Patient First, 8206 Georgia Ave, Silver Spring, MD 20910-4519 |
| 806776 | + | Reynard, 1100 Dahlia St NW, Washington, DC 20012-2370 |
| 806777 | | Terminix, 860 Ridge Lake Boulevard, Memphis, TN 38120 |
| 806778 | + | The Guarantors, 1 World Trade Center, New York, NY 10007-0042 |
| 806779 | + | Toussaint Crawford DDS, 8630 Fenton St Suite #708, Silver Spring, MD 20910-3812 |
| 806781 | + | US Attorney, 601 D St NW, Washington, DC 20579-0001 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | + | Email/Text: angela.coleman@dc.gov | Jul 22 2026 23:17:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Jul 22 2026 23:14:43 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Jul 22 2026 23:15:00 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Jul 22 2026 23:17:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jul 22 2026 23:17:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | | Email/Text: Stephon.Woods@dc.gov | Jul 22 2026 23:17:00 | DC OFFICE OF ATTORNEY GENERAL, 400 6TH STREET NW, WASHINGTON, DC 20001 |
| 804692 | | Email/Text: amscbankruptcy@adt.com | Jul 22 2026 23:17:00 | ADT Security Services, 1501 Yamato Road, Boca Raton, FL 33431 |

| 806784 | ^ MEBN | | |
| | | Jul 22 2026 23:15:14 | AT&T, P O Box 4500, Allen, TX 75013-1311 |
| 804696 | ^ MEBN | | |
| | | Jul 22 2026 23:15:15 | ATT, PO Box 4500, Allen , TX 75013-1311 |
| 804693 | + Email/PDF: AffirmBKNotifications@resurgent.com | | |
| | | Jul 22 2026 23:23:12 | Affirm, 650 California Street Fl. 12, San Francisco, CA 94108-2716 |
| 808331 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | Jul 22 2026 23:23:16 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 804694 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jul 22 2026 23:23:16 | Ally Bank, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 807623 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 22 2026 23:23:16 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 804700 | Email/Text: Bankruptcymail@marylandtaxes.gov | | |
| | | Jul 22 2026 23:17:00 | Comptroller of Maryland, 7 St Paul St., Suite 230, Baltimore, MD 21202 |
| 804697 | + Email/Text: bo@capella.edu | | |
| | | Jul 22 2026 23:17:00 | Capella University, 225 South 6th Street, 9th floor, Minneapolis, MN 55402-4643 |
| 804698 | + Email/Text: omx-bnc-bk-notices@chime.com | | |
| | | Jul 22 2026 23:17:00 | Chime, PO Box 417, San Francisco, CA 94104-0417 |
| 804699 | + Email/Text: documentfiling@lciinc.com | | |
| | | Jul 22 2026 23:17:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 807845 | Email/Text: collections@docfcu.org | | |
| | | Jul 22 2026 23:17:00 | Dept. of Commerce FCU, PO Box 14720, Washington, DC 20044 |
| 804701 | + Email/Text: GenLit@doc.gov | | |
| | | Jul 22 2026 23:17:00 | Department of Commerce, 1401 Constitution Ave NW, Washington , DC 20230-0002 |
| 804702 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | Jul 22 2026 23:23:16 | Dept of Education/Aidvantage, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 804707 | + Email/Text: angela.coleman@dc.gov | | |
| | | Jul 22 2026 23:17:00 | District of Columbia Office of Tax and Revenue, 1101 4th Street SW #270, Washington , DC 20024-4457 |
| 804704 | Email/Text: accountmanagement@fedchex.com | | |
| | | Jul 22 2026 23:17:00 | FCR Services, PO Box 1663, Southgate, MI 48195 |
| 804703 | + Email/Text: bankruptcy@fco.com | | |
| | | Jul 22 2026 23:17:00 | Fair Collections and Outsourcing, 14400 Sweitzer Lane #235, Laurel, MD 20707-3006 |
| 806938 | Email/Text: brnotices@dor.ga.gov | | |
| | | Jul 22 2026 23:17:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Parkway NE Suite 339, Atlanta, GA 30345 |
| 804706 | Email/Text: brnotices@dor.ga.gov | | |
| | | Jul 22 2026 23:17:00 | Georgia Dept of Revenue, PO Box 105665, Atlanta, GA 30348 |
| 806771 | + Email/Text: bankruptcy@gsfc.org | | |
| | | Jul 22 2026 23:17:00 | Georgia Student Finance Auth, 2082 East Exchange Pl, Tucker, GA 30084-5334 |
| 804709 | + Email/Text: clientsupport-us-stl@indebted.co | | |
| | | Jul 22 2026 23:17:00 | Indebted, 1551 Emancipation Highway, Ste 1511, Fredricksburg, VA 22401-4683 |
| 804710 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jul 22 2026 23:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 804711 | Email/Text: legal@january.com | | |
| | | Jul 22 2026 23:17:00 | January Technologies, 176 Grand Street, 4th floor, New York, NY 10013-9998 |
| 804712 | + Email/Text: bankruptcy@kikoff.com | | |
| | | Jul 22 2026 23:17:00 | Kikoff, 633 Folsom Street, suite 300, San Francisco, CA 94107-3600 |
| 806789 | Email/Text: govtaudits@labcorp.com | | |
| | | Jul 22 2026 23:17:00 | LabCorp, 531 South Spring Street, P O Box 2240, Burlington, NC 27216-2240 |
| 804713 | Email/Text: govtaudits@labcorp.com | | |
| | | Jul 22 2026 23:17:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |

District/off: 0090-1

Date Rcvd: Jul 22, 2026

User: admin

Form ID: pdf001

Page 3 of 4

Total Noticed: 63

| 804714 | | Email/Text: Bankruptcy@medstar.net | Jul 22 2026 23:17:00 | Medstar Health, PO Box 411019, Boston, MA 02241-1019 |
| 805586 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 22 2026 23:23:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 807717 | + | Email/Text: BNCnotices@dcmservices.com | Jul 22 2026 23:17:00 | MedStar Health, PO Box 1123, Minneapolis MN 55440-1123 |
| 806773 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jul 22 2026 23:17:00 | National Credit Systems, PO Box 672288, Marietta, GA 30006 |
| 804719 | | Email/Text: bankruptcy@possiblefinance.com | Jul 22 2026 23:17:00 | Possible Finance, PO Box 98686, Las Vegas, NV 89193 |
| 806775 | ^ | MEBN | Jul 22 2026 23:15:03 | Patient First, PO Box 718941, Philadelphia, PA 19171-8941 |
| 806477 | + | Email/Text: Bankruptcy_General@pepco.com | Jul 22 2026 23:17:00 | Pepco, Attn: Credit Dept., 701 9th St., NW, Washington, DC 20001-4572 |
| 804718 | + | Email/Text: Bankruptcy_General@pepco.com | Jul 22 2026 23:17:00 | Pepco, PO Box 13608, Philadelphia, PA 19101-3608 |
| 804720 | | Email/Text: bankruptcy@rarogersinc.com | Jul 22 2026 23:17:00 | RA Rogers Inc, PO Box 3302, Crofton, MD 21114-0302 |
| 804721 | | Email/Text: bkynotices@reliant-cap.com | Jul 22 2026 23:17:00 | Reliant Capital Solutions LLC, PO Box 307380, Columbus, OH 43230-7380 |
| 804722 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 23:23:20 | Resurgent, PO Box 10497, Greenville, SC 29603-0497 |
| 810882 | + | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 22 2026 23:17:00 | State of MD, Comptroller of MD, 7 St. Paul St., Suite 230, Baltimore, MD 21202-1626 |
| 806780 | + | Email/Text: legal@turo.com | Jul 22 2026 23:17:00 | Turo, 111 Sutter Street, San Francisco, CA 94104-4545 |
| 804724 | | Email/Text: bkelectronicnotices@usaa.com | Jul 22 2026 23:17:00 | USAA, 9800 Fredericksburg Road, San Antonio, TX 78288-0001 |
| 804725 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 22 2026 23:17:00 | Verizon, 500 Technology Dr., suite 300, Weldon Spring, MO 63304-2225 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 804723 | | Terminex |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 806772 | *+ | Greystar Properties, 465 Meeting St, Fifth Floor, Suite 500, Charleston, SC 29403-7123 |
| 806774 | *+ | One Medical, One Embarcadero Ctr Ste 1000, San Francisco, CA 94111-3628 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0090-1                                             User: admin                                              Page 4 of 4
Date Rcvd: Jul 22, 2026                                     Form ID: pdf001                                      Total Noticed: 63

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Audra Switzer | audraswitzer@yahoo.com |
| Daniel M. Press | on behalf of Debtor Audra Switzer dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Nancy L. Alper | on behalf of Creditor DC OFFICE OF ATTORNEY GENERAL nancy.alper@dc.gov |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5