**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF COLUMBIA

-----------------------------------------------------------X

**In re**                                                                        :

                                                                                     :

**Audra Switzer,**                                                     :          **Case No. 26-00008**

                                                                                     :          **Chapter 13**

        **Debtor.**                                                        :

-----------------------------------------------------------X


### NOTICE OF CHANGE OF COUNSEL'S  ADDRESS


Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

        Dated: August 14, 2026.


                        _/s/ Daniel M. Press_____
                        Daniel M. Press, DC Bar 419739
                        Law Offices of Daniel M. Press
                        201 Washington St.
                        Cumberland MD 21502
                        (703) 725-7600
                        dan@danpress.us


Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of August, 2026, I caused the foregoing Notice to be served by CM/ECF upon the Trustee and all parties requesting notice:

Nancy L. Alper on behalf of Creditor DC OFFICE OF ATTORNEY GENERAL
nancy.alper@dc.gov

Rebecca A. Herr
ecf@ch13md.com

Audra Switzer
audraswitzer@yahoo.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

     /s/ Daniel M. Press
     Daniel M. Press